IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ORVILLE ADAMS, | |
| Petitioner, | Case No. 16-CV-3177 |
| vs. | Hon. Sue E. Myerscough, United States District Judge, Presiding |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

## STATUS REPORT

Petitioner Orville Adams, by his attorney, provides this status report in response to the Court's order of June 24, 2016, to keep it apprised of the Seventh Circuit's application of *Johnson v. United States*, 135 S. Ct. 2551 (2015), to the Sentencing Guidelines.

On August 29, 2016, the *en banc* Seventh Circuit, in a 5-4 vote, held that *Johnson* applies with equal force to the Sentencing Guidelines as to the Armed Career Criminal Act (ACCA). *United States v. Hurlburt*, --F.3d--, 2016 WL 4506717 (7th Cir. 2016). In so holding, the Court overruled *United States v. Tichenor*, 683 F.3d 358 (7th Cir. 2012), which had previously barred challenges to the Guidelines on vagueness grounds. Op. at 3. As the Court explained, the residual clause to U.S.S.G. § 4B1.2(a)(2) suffered from the same problems that plagued the ACCA. Op. at 9–10.

Respectfully submitted,

BY: s/ Thomas W. Patton
THOMAS W. PATTON
Attorney for Defendant
Federal Public Defender
PA ID No. 88653
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: Thomas_Patton@fd.org

### *CERTIFICATE OF SERVICE*

I hereby certify that on September 22, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Gregory M. Gilmore.

/s/ Thomas W. Patton
THOMAS W. PATTON